**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-02077-LTB

MICHAEL SALVATORE PARRINO,

    Applicant,

v.

LOU ARCHULETA, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

## MINUTE ORDER

ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

    Before the Court is Applicant's "Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action" (ECF No. 3) filed on July 25, 2014. The Motion is denied as moot because Applicant paid the $5.00 filing when he submitted his Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 (ECF No. 1) on July 25, 2014.

    Applicant's "Motion for a Free Copy of his State Court Record Pending Court's Ruling on his Motion for Limited Evidentiary Hearing and Appointment of Counsel Pursuant to 28 U.S.C. 2250" (ECF No. 18) also is denied because Applicant is not proceeding in forma pauperis in this action.

Dated:  December 22, 2014