IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 14-cv-02077-LTB

MICHAEL SALVATORE PARRINO,

    Petitioner,

v.

LOU ARCHULETA, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

## FINAL JUDGMENT

PURSUANT to and in accordance with Fed. R. Civ. P. 58(a) and the Order Denying Application for Writ of Habeas Corpus entered by the Honorable Lewis T. Babcock on April 6, 2015, and incorporated herein by reference as if fully set forth, it is

ORDERED that the Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 filed by Applicant Michael Salvatore Parrino is DENIED.  It is

FURTHER ORDERED that final judgment is hereby entered in favor of Respondents, Lou Archuleta and The Attorney General of the State of Colorado and against Petitioner, Michael Salvatore Parrino.  It is

FURTHER ORDERED that this case is dismissed with prejudice.  It is

FURTHER ORDERED that there is no basis on which to issue a certificate of appealability pursuant to 28 U.S.C. § 2253(c).

DATED at Denver, Colorado this  6th  day of April, 2015.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

By: s/E. Buchanan
E. Buchanan, Deputy Clerk